UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0229-RLY-DML |
| | ) | |
| MAHDE DANNON, | ) | - 01 |
| MOYAD DANNON, | ) | - 02 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR JULY 11, 2019**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Indictment filed on July 2, 2019.

Defendant Mahde Dannon appeared in person and by FCD counsel, William Dazey.

Defendant Moyad Dannon appeared in person and by CJA counsel, Mario Garcia.

Government represented by AUSA Matt Rinka.   USPO was not present.

Financial affidavits previously approved.

Charges, rights and penalties were reviewed and explained.

Government, without objection, is to file a motion by **July 20, 2019** requesting establishment a discovery schedule.

Defendants waived formal arraignment and reading of the Indictment.

Defendants were detained on May 23, 2019 and those orders stand.

Government, without objection, moved to withdraw Docket No. 41 and the same was granted.   The Clerk is directed to show Docket No. 41 as WITHDRAWN.   Government, without objection, moved to unseal this cause of action except for Docket Nos. 25 and 27; that

motion was granted.   The Clerk is directed with unseal this matter, with the exception of Docket Nos. 25 and 27.   Docket Nos. 25 and 27 shall remain UNDER SEAL.

Defendants remanded to the custody of the U.S. Marshal pending further proceedings before the court.

SO ORDERED.

Dated:   11 JUL 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system