UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:19-cr-0229-RLY-DML |
| | ) |
| MOYAD DANNON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION FOR REVIEW OF DETENTION ORDER

Defendant, Moyad Dannon, by counsel, Mario Garcia, pursuant to 18 U.S.C. §3145(b) respectfully files his Motion for Review of the Detention Order issued by this Court denying his pretrial release on June 7, 2019. In support of this review and his request for pretrial release pursuant to 18 U.S.C. §3142, the Defendant submits the following:

1. The Defendant is a United States citizen, has lived in Indianapolis for approximately five (5) years and resides with his parents and five siblings.

2. Defendant's father, Mohdkear Dannon, is an attorney licensed in another country and proffered testimony at the detention hearing that Defendant could reside with him at his residence at 10683 Summerwood Lane, Fishers, Indiana 46038, if he was granted pretrial release.

4. Mr. Dannon's home phone is available for use in conjunction with any electronic monitoring which might be ordered by the Court, including GPS home detention.

5. Defendant's risk category calculated by the Probation department is a Category 2, indicating a relatively low risk of flight and or danger to the community.

6. Statistical research in this District shows that risk Category 2, like Mr. Dannon,

carries a 91% success rate for appearance when released.

7. Mr. Dannon has little criminal history, has significant ties to this community, and with GPS monitoring is unlikely to flee the district or be a danger to the community. GPS home detention is the least restrictive means that will reasonably assure the goals of pretrial detention, when the Defendant is faced with the presumption of innocence, that can be met.

WHEREFORE, the Defendant, by counsel, prays this Court to set aside the detention order ordered in this case, grant the Defendant pretrial release on conditions deemed appropriate and for all other just and proper relief.

Respectfully submitted,

By: /s/ Mario Garcia

Mario Garcia, #21638-49
BRATTAIN MINNIX GARCIA
One Indiana Square, #2625
Indianapolis, Indiana 46204
(317) 231-1750
mario@bmgindy.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mario Garcia
Mario Garcia