UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:19-cr-0229-RLY-DML |
| | ) | |
| MAHDE DANNON, and | ) | -01 |
| MOYAD DANNON, | ) | -02 |
| | ) | |
|    *Defendant*. | ) | |

UNOPPOSED MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned counsel, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"), pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96- 456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of this motion the government states the following:

CASE BACKGROUND

On July 2, 2019, a grand jury sitting in the Southern District of Indiana returned an eight-count indictment charging defendants Mahde Dannon and Moyad Dannon with various firearms offenses and attempting to provide material support and resources to a the Isla mic State of Iraq and al-Sham ("ISIS"), a designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B. On July 26, 2019, the government filed a Motion to designate this a complex case, in part due to the currently classified nature of certain evidence.

CIPA SECURITY PROCEDURES

Due to the nature of the charges and the expected evidence in this case, the United States anticipates that issues relating to classified information will arise. To that end, this case will implicate CIPA. Pursuant to CIPA, 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96-4 56, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, the Court shall designate a CISO in any proceeding in a criminal case in which classified information is reasonably expected to be referenced or filed with the Court.

To assist the Court and court personnel in handling any motions, pleadings and implementing any orders relating to the CIPA proceedings, the government requests that the Court designate Matthew W. Mullery III as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

The government further requests that the Court designate the following persons as Alternate CISOs, to serve in the event Mr. Mullery is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade. The government has discussed this motion with William Dazey and Mario Garcia, counsel for the defendants, Mahde and Moyad Dannon, respectively, who advised that they have no objection to designation of a CISO in this matter.

WHEREFORE, the United States prays that the Court grant this motion and order the designation of a CISO as outlined above.

                                      Respectfully submitted,

                                      JOSH J. MINKLER
                                      United States Attorney

By:    S:/ Matthew J. Rinka
        Matthew J. Rinka
        Assistant United States Attorney
        Deputy Criminal Chief, National Security Unit

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2019, a copy of the foregoing Unopposed Motion for Designation of a Classified Information Security Officer was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    S:/Matthew J. Rinka
                                                    Matthew J. Rinka
                                                    Assistant United States Attorney