UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00229-RLY-DML |
| | ) | |
| MOYAD DANNON, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION FOR
REVIEW OF DETENTION ORDER**

Defendant, Moyad Dannon, is charged by Indictment with transfer of a firearm and ammunition to a prohibited person, possessing, concealing, bartering, selling and disposing of a stolen firearm and unlicensed manufacturing and dealing of firearms. On June 7, 2019, the Magistrate Judge issued an order of detention pending trial. He now moves for a modification of that pretrial detention. The Government objects.

Pursuant to 18 U.S.C. § 3142(f)(2),

> [A detention] hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

The court finds no newly discovered evidence has been presented. Accordingly, Defendant has not satisfied his burden to reopen the detention hearing. Therefore, Defendant's Motion for Review of Detention Order (Filing No. 46) is **DENIED**.

**SO ORDERED** this 26th day of August 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record