UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00229-RLY-DML |
| MAHDE DANNON, | ) | -01 |
| MOYAD DANNON, | ) ) | -02 |
| Defendants. | ) | |

**ENTRY ON TELEPHONIC HEARING OF JUNE 17, 2020**

**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Parties appear telephonically, United States by Matthew Rinka and Paul Casey; defendants by Bill Dazey and Mario Garcia, for a status conference set this date.

A telephonic status conference is now set for **SEPTEMBER 14, 2020 at 3:00 p.m.** (Eastern).  The information needed to participate in this telephonic conference will be provided by a separate notification.

Distributed Electronically to Registered Counsel of Record