UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:19-cr-0229-RLY-DML |
| | ) | |
| MOYAD DANNON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE

Mario Garcia, counsel for the Defendant, Moyad Dannon, moves the Court for an Order authorizing the withdrawal as counsel for the Defendant in this cause and in support of this Motion says:

1.  The undersigned counsel was previously appointed to represent the Defendant in this cause of action.

2.  Mr. Garcia has recently been selected to serve as the newest Magistrate Judge for the Southern District of Indiana and the undersigned has started the process of winding down his practice.

3.  Due to the foregoing, new counsel has been appointed and has entered their Appearance on behalf of the Defendant.

4.  The undersigned counsel respectfully requests the Court to enter an Order withdrawing his appearance on behalf of the Defendant, Moyad Dannon in this matter.

WHEREFORE, Mario Garcia, counsel for the Defendant, Moyad Dannon, respectfully requests this Court enter an Order withdrawing his appearance in this cause.

Respectfully submitted,

BRATTAIN MINNIX GARCIA

By:  /s/ Mario Garcia_____
    Mario Garcia, #21638-49
    Attorney for the Defendant
    One Indiana Square, #2625
    Indianapolis, IN 46204
    (317) 231-1750
    mario@bmgindy.com

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/ Mario Garcia
Mario Garcia