UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00229-RLY-KMB |
| | ) | |
| MOYAD DANNON, | ) | -02 |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon unopposed motion of the defendant (dkt 140), the Accept/Reject hearing set for December 15, 2022 was VACATED AND IS NOW RESET to **MARCH 10, 2023 at 9:30 a.m.**  The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 29th day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record