UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:19-cr-00229-RLY-DML |
| | ) | |
| MOYAD DANNON, | ) | -02 |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on the Government's Motion to Seal and to Maintain Under Seal the Stipulated Factual Basis filed by the parties at Dkt. 155.

The Court, having reviewed the Government's Motion, and this Court having reviewed the motion and being duly informed in the matter, it is hereby

ORDERED AND ADJUDGED that the government's motion is GRANTED.

It is further ORDERED AND ADJUDGED that the Stipulated Factual Basis of the parties, Dkt. 155, be placed under seal.   Additionally, the Government's Motion to Seal and Maintain under Seal and this Order are likewise OREDERED SEALED.

DONE at Evansville, Indiana, this _____ day of May 2023.

Copies to:   All counsel of record