UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00229-RLY-KMB |
| | ) | |
| MOYAD DANNON, | ) | -02 |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for December 13, 2023

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Matthew Rinka, Kathryn Olivier and Kevin Nunnally, the defendant appears in person and by CJA counsel Jessie Cook, the USPO is represented by La Tia Dowdell, for the sentencing of the defendant.

The parties advise the court of matters in dispute regarding the presentence report. The court hears argument and rules on those objections.

The parties address the court regarding sentencing.

The United States orally moves to dismiss counts 3-7.   Said motion is GRANTED, without objection.

The court now sentences the defendant.

The defendant is remanded to the custody of the U.S. Marshal.

Copies: All counsel of record